Argued and submitted January 14, reversed and remanded for reconsideration
April 22, reconsideration allowed by opinion July 1, 1987
See 86 Or App 364, 739 P2d 54 (1987)

MILL CREEK
SPORTSMEN'S ASSOCIATION, INC. et al,
*Petitioners,*

*v.*

LAND CONSERVATION
AND DEVELOPMENT COMMISSION,
*Respondent.*

(85-ACK-176; CA A38619)

735 P2d 1294

Robert L. Liberty, Portland, argued the cause and filed the brief for petitioners.

David G. Ellis, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warden, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

**PER CURIAM**

Petitioners are associations of fishers, hunters and others interested in the preservation of wildlife and game fish habitat. They seek review of an order of the Land Conservation and Development Commission (LCDC) which acknowledged Umatilla County's Comprehensive Plan as being in compliance with Goal 5. The county and LCDC relied on an interpretation of the relationship between Goal 5 and the Forest Practices Act, ORS 527.610 to ORS 527.730, which we have previously rejected. *1000 Friends of Oregon v. LCDC (Tillamook Co.)*, 76 Or App 33, 708 P2d 370 (1985), *on reconsideration* 77 Or App 599, 714 P2d 279, *rev allowed* 301 Or 320 (1986). For the reasons given in that case, we reverse and remand for reconsideration.

Reversed and remanded for reconsideration.